1  PAUL ASTERLIN
   California State Bar No. 218353
2  ASTERLIN LAW GROUP
3  770 L Street, Suite 950
   Sacramento, CA  95814
4  Telephone:     (916) 438-6920
   Facsimile:      (916) 438-6921
5

6
   Attorneys for Plaintiffs,
7  JANE DOE and
   AZADEH AMIRI
8

9

10

11                     IN THE UNITED STATES DISTRICT COURT
12
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                                 SACRAMENTO DIVISION
14

15
   JANE DOE, by and through her Guardian Ad    )  Case No.:  **2:20-CV-00202-TLN-KJN**
16 Litem, and AZADEH AMIRI,                    )
                                               )
17                                             )  **STIPULATION FOR GRANTING**
18                Plaintiffs,                  )  **PLAINTIFF LEAVE TO AMEND TO FILE**
                                               )  **SECOND AMENDED COMPLAINT FOR**
19    v.                                       )  **DAMAGES AND REMAND TO STATE**
                                               )  **COURT FOR LACK OF DIVERSITY**
20 LIFE TIME, INC. dba  MINNESOTA LIFE         )  **JURISDICTION; ORDER**
21 TIME, INC.,  AARON STEPHENS, BROOKE         )
   STEPHENS, STEPHEN DATTE, JUSTINE            )  _____
22 VOELLER and DOES 1-50.                      )  [UNLIMITED CIVIL CASE, OVER $25,000]
23                                             )
                                               )  State Action Filed: September 23, 2019
24                Defendants.                  )  State Case No. 34-2019-00265438
                                               )
25                                             )
                                               )
26 _____     )

27

28

- 1 -

**STIPULATION FOR GRANTING PLAINTIFF LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT FOR
DAMAGES AND REMAND TO STATE COURT FOR LACK OF DIVERSITY JURISDICTION**

1   **WHEREAS** LIFE TIME, INC. dba  MINNESOTA LIFE TIME, INC. removed the above
2   captioned matter from Superior Court of California, County of Sacramento to this Court.
3   **WHEREAS** on February 21, 2020, JANE DOE, by and through her Guardian Ad Litem,
4   and AZADEH AMIRI, ("Plaintiffs") filed a First Amended Complaint, as a matter of course (Fed.
5   R. Civ. P. 15(1)(A)), for Negligence, Negligent Supervision, Intentional Infliction of Emotional
6   Distress, and Negligent Infliction of Emotional Distress and against LIFE TIME, INC. dba
7   MINNESOTA LIFE TIME, INC., AARON STEPHENS, BROOKE STEPHENS, STEPHEN
8   DATTE, JUSTINE VOELLER ("Defendants").
9   **WHEREAS** Plaintiffs wish to avoid any potential prejudice to their rights under Fed. R. Civ.
10  P. 41(1)(B) by dismissing the entire action and re-filing it in state court;
11  **WHEREAS** Plaintiffs now seek to file a Second Amended Complaint for Damages, which
12  makes several clarifications and removes individual defendants STEPHEN DATTE and JUSTINE
13  VOELLER, with the intent to dismiss, without prejudice, said individual defendants from this action
14  without current intent to rename them in any state court action;
15  **WHEREAS** a copy of Plaintiffs' proposed Second Amended Complaint for Damages is
16  attached hereto as Exhibit "A."
17  **WHEREAS** the Court no longer has Diversity Jurisdiction based on the naming of
18  Defendants AARON STEPHENS and BROOKE STEPHENS who are necessary parties to this
19  action.

25  ///
26  ///
27  ///
28  ///

**STIPULATION FOR GRANTING PLAINTIFF LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES AND REMAND TO STATE COURT FOR LACK OF DIVERSITY JURISDICTION**

1	**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, by and through their respective counsel, that:

    1. Plaintiffs should be granted leave to amend to file their Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A."

    2. Defendants STEPHEN DATTE and JUSTINE VOELLER will be dismissed *without* prejudice. A copy of the dismissal is attached hereto as Exhibit "B."

    3. The matter should be remanded back to Sacramento Superior Court for lack of Diversity Jurisdiction.

Dated: June 3, 2020

ASTERLIN LAW GROUP

By: /s/ Paul Asterlin
PAUL ASTERLIN
Attorneys for Plaintiffs,
JANE DOE AND
AZADEH AMIRI

Dated: June 3, 2020

SIMS, LAWRENCE & ARRUTI

By: /s/ Cynthia G. Lawrence
CYNTHIA G. LAWRENCE
Attorneys for Defendant,
LIFE TIME, INC.

Dated: June 3, 2020

SEGAL & ASSOCIATES, PC

By: /s/ John T. Kinn
JOHN T. KINN
Attorneys for Defendants,
AARON STEPHENS, and
BROOKE STEPHENS

**STIPULATION FOR GRANTING PLAINTIFF LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES AND REMAND TO STATE COURT FOR LACK OF DIVERSITY JURISDICTION**

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs, JANE DOE, by and through her Guardian Ad Litem, and AZADEH AMIRI are granted leave to file their Second Amended Complaint for Damages upon filing of this order.

**IT IS ALSO ORDERED** that Defendants STEPHEN DATTE and JUSTINE VOELLER are dismissed *without* prejudice as to the entire case and all causes of action pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**IT IS FURTHER ORDERED** that the matter be remanded back to California Superior Court, County of Sacramento upon filing of the Second Amended Complaint based on the parties' Stipulation.

**IT IS SO ORDERED**

Dated: June 4, 2020

Troy L. Nunley
United States District Judge